NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**C. DOUGLASS THOMAS, ALAN E. THOMAS,**
*Appellants*

v.

**JACK D. PIPPIN,**
*Appellee*

---

2015-1575
(Serial no. 105,956 )

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

---

ON MOTION

O R D E R

Upon consideration of the appellants unopposed motion to extend time to file their principal brief until July 22, 2015,

IT IS ORDERED THAT:

The motion is granted.

                                      FOR THE COURT

June 17, 2015                /s/ Daniel E. O'Toole
                                      Daniel E. O'Toole
                                      Clerk of Court